# LAW OFFICES OF JILL R. SHELLOW

---

Telephone: 212.792.4911  /  Fax: 212.792.4946  /  jrs@shellowlaw.com
All correspondence to:  80 Broad Street, Suite 1900, New York, NY 10004

January 25, 2021

**BY ECF ONLY**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY  10007

    **RE:**  *United States v. Gabriel Ocascio, 16-cr-317 (PAE)*

Dear Judge Engelmayer:

    The CJA Clerk's Office has told me that CJA appointed lawyers working on compassionate release motions are required to be reappointed by the Court in order to be compensated for this new litigation.  I was appointed to represent Gabriel Ocascio in the matter referenced above.  Accordingly, I respectfully request that Your Honor re-appoint me as his counsel, *nunc pro tunc* to October 12, 2020, in connection with Mr. Ocascio's request for compassionate release based on the COVID-19 pandemic.

    Thank you for your consideration.

    Respectfully submitted,

    Jill R. Shellow
    *Counsel for Gabriel Oscascio*

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 662.

1/25/2021

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge